ACCEPTED
14-14-00739-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/17/2015 2:56:00 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00739-CV

IN THE COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/17/2015 2:56:00 PM
CHRISTOPHER A. PRINE
Clerk

FOR THE FOURTEENTH DISTRICT OF TEXAS

AT HOUSTON

ALTA MESA HOLDINGS, L.P., ALTA MESA ACQUISITION SUB, LLC,
THE MERIDIAN RESOURCE & EXPLORATION LLC
CHANGE IN CONTROL SEVERANCE PLAN,
AND THE MERIDIAN RESOURCE & EXPLORATION, LLC,

**Appellants,**

**v.**

**STEVEN IVES AND LLOYD DELANO,**

**Appellees.**

## UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

TO THE HONORABLE COURT OF APPEALS:

Appellants, Alta Mesa Holdings, L.P., Alta Mesa Acquisition Sub, LLC, The Meridian Resource & Exploration LLC Change In Control Severance Plan, and The Meridian Resource & Exploration, LLC, (collectively, "Alta Mesa") file this Unopposed Motion to Reschedule Oral Argument currently set for Thursday, September 24, 2015 at 2:00 p.m.

**I.**

On Monday, August 3, counsel for Alta Mesa received notice that this case was set for oral argument on September 24, 2015 at 2:00 p.m. Counsel respectfully requests that oral argument be rescheduled. Counsel does not make this request lightly and understands the hardship it causes the Court to change its docket. However, lead appellate counsel Polly Fohn, who will be presenting oral argument, just gave birth to her first son on Sunday, July 26, and is expected to be on maternity leave through November 16, 2015.

**PRAYER**

For these reasons, Appellants, Alta Mesa Holdings, L.P., Alta Mesa Acquisition Sub, LLC, The Meridian Resource & Exploration LLC Change In Control Severance Plan, and The Meridian Resource & Exploration, LLC, respectfully urge the Court to reset oral argument for a date after November 16, 2015.

Respectfully submitted,


/s/ Matthew T. Deffebach
Matthew T. Deffebach
State Bar No. 24012516
Benjamin L. Mesches
State Bar No. 24032737
Liz E. Klingensmith
State Bar No. 24046496
Polly Fohn
State Bar No. 24065318
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Telecopier: (713) 547-2600
*Matthew.Deffebach@haynesboone.com*
*Ben.Mesches@haynesboone.com*
*Liz.Klingensmith@haynesboone.com*
*Polly.Fohn@haynesboone.com*

**ATTORNEYS FOR APPELLANTS, ALTA MESA HOLDINGS, L.P., ET AL.**

## CERTIFICATE OF CONFERENCE

In accordance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, I certify that I conferred with Mr. Mark J. Levine, counsel for Appellees, concerning this request to reschedule oral argument. Mr. Levine does not oppose the relief requested.


/s/ Matthew Deffebach
Matthew Deffebach

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the *Unopposed Motion to Reschedule Oral Argument* has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure via e-service on this 17th day of August, 2015:

*Counsel for Appellees,*
*Steven Ives and Lloyd Delano:*

      Mark J. Levine
      WEYCER, KAPLAN, PULASKI
        & ZUBER, PC
      11 Greenway Plaza, Suite 1400
      Houston, Texas 77046

                        */s/ Matthew Deffebach*
                        Matthew Deffebach